IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHADEYA HEPPARD  v.  EDSI SOLUTIONS | CIVIL ACTION  NO. 13-6124 |
|---|---|

## ORDER

**AND NOW**, this 19th day of December, 2014, upon consideration of Defendant's Motion for Summary Judgment (ECF 31), Plaintiff's Response in Opposition (ECF 44), Defendant's Response in Support of its motion (ECF 45), and the arguments made at oral argument held on December 10, 2014, for the reasons stated in the accompanying memorandum it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED IN PART** as to Counts I and II of Plaintiff's Complaint, and **DENIED IN PART** as to Count IV of Plaintiff's Complaint. It is further **ORDERED** that Counts III and V of Plaintiff's Complaint are hereby **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 13\13-6124 heppard v. edsi dolutions\13cv6124.SJ Order.doc